IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, also known as Marcus O. Tate-El-Bey-Tey-Washitaw,  )<br>)<br>)<br>)<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>ALABAMA PRESIDENT PRO TEMPORE,  )<br>)<br>)<br>    Defendant.  ) | CIVIL ACTION NO.<br>2:15cv721-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the United Washitaw Empire Sovereignty National Nation State Government Diplomatic Tribunal land was taken, the State of Alabama's constitution is, in conflict with the Al-Moroccan Empire Jurisdictions Treaty Law of Nations. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for plaintiff's failure to pay the filing and administrative fees upon his initiation of this case.

**There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 25th day of November, 2015.**

                                         **/s/ Myron H. Thompson**
                                   **UNITED STATES DISTRICT JUDGE**