IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS ORLANDO TATE, also known as Marcus O. Tate-El-Bey-Tey-Washitaw,** )<br>)<br>)<br>)<br>     **Plaintiff,** )<br>)<br>    **v.** )<br>)<br>**ALABAMA PRESIDENT PRO TEMPORE,** )<br>)<br>)<br>     **Defendant.** ) | <br><br><br><br><br><br>CIVIL ACTION NO.<br>2:15cv721-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that all motions are denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of November, 2015.

                                /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**